UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 25 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT A. WHITE,<br><br>       Plaintiff - Appellant,<br><br> v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., a Bank of America Company,<br><br>       Defendant - Appellee. | No. 22-15659<br><br>D.C. No. 2:21-cv-00941-JJT<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

      The judgment of this Court, entered September 01, 2023, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT