| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 20 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ROBERT A. WHITE,

        Plaintiff-Appellant,

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., a Bank of America Company,

        Defendant-Appellee.

No.   22-15659

D.C. No. 2:21-cv-00941-JJT
District of Arizona,
Phoenix

ORDER

Before:  CALLAHAN and BADE, Circuit Judges, and ANTOON,[*] District Judge.

    Appellee's unopposed motion for attorneys' fees (Docket Entry No. 61) is granted. Pursuant to A.R.S. § 12-341.01, attorneys' fees in the amount of $29,071.10 are awarded in favor of Appellee Merrill Lynch, Pierce, Fenner & Smith, Inc. and against Appellant Robert A. White. This order amends the court's mandate.

---

    [*]    The Honorable John Antoon II, United States District Judge for the Middle District of Florida, sitting by designation.