Gregory J. Marshall (#019886)
Rachael Peters Pugel (#032626)
SNELL & WILMER L.L.P.
One East Washington Street, Suite 2700
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
gmarshall@swlaw.com
rpugel@swlaw.com

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc., a Bank of America Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert A. White, | No. 2:21-cv-00941-JJT |
| Plaintiff, | **SATISFACTION OF JUDGMENT** |
| v. | |
| Merrill Lynch, Pierce, Fenner & Smith, Inc., a Bank of America Company, | |
| Defendant. | |

Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Defendant" or "Merrill Lynch") by and through its counsel, states that the judgment against Robert A. White ("Plaintiff") and in favor of Merrill Lynch, filed on October 19, 2022 with the United States District Court for the District of Arizona and recorded with the Maricopa County Recorder at Instrument No. 20230642574 on December 18, 2023, has been fully satisfied and is hereby released. Defendant respectfully requests that the Clerk of this Court, upon receipt of this document, make proper entries and recordings to effect full satisfaction of judgment against Robert A. White pursuant to A.R.S. § 33-964.

DATED this 6th day of April, 2026

SNELL & WILMER L.L.P.


By: *s/Gregory J. Marshall*
Gregory J. Marshall
Rachael Peters Pugel
One East Washington St., Suite 2700
Phoenix, Arizona  85004-2202

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith, Inc., a Bank of America Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 6th, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.


*s/ Chris Wisniewski*

4911-1428-4187

- 2 -